

United States District Court
Eastern District of California

| Tessenderlo Kerley, Inc. |
|---|
Plaintiff(s)

Case Number: 2:24-cv-02947-CKD

V.

| Sacramento Ag Products, LLC |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Adam Baechler hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Tessenderlo Kerley, Inc.

On 11/10/2021 (date), I was admitted to practice and presently in good standing in the Northern District of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
N/A

Date: 11/14/2024     Signature of Applicant: /s/ Adam Baechler

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Adam Baechler |
| Law Firm Name: | Barnes & Thornburg LLP |
| Address: | One North Wacker Drive |
| | Suite 4400 |
| City: | Chicago    State: IL    Zip: 60606 |
| Phone Number w/Area Code: | (312) 214-2111 |
| City and State of Residence: | Chicago, Illinois |
| Primary E-mail Address: | adam.baechler@btlaw.com |
| Secondary E-mail Address: | abaechler@btlaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jonathan Boustani |
| Law Firm Name: | Barnes & Thornburg LLP |
| Address: | 2029 Century Park East |
| | Suite 300 |
| City: | Los Angeles    State: CA    Zip: 90067 |
| Phone Number w/Area Code: | (310) 284-3880    Bar #: 274748 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 17, 2024

_/s/ Carolyn K. Delaney_
JUDGE, U.S. DISTRICT COURT
Carolyn K. Delaney, US Magistrate Judge

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Adam Charles Baechler

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Adam Charles Baechler was duly admitted to practice in said Court on (11/23/2021) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/16/2024 )

Thomas G. Bruton , Clerk,

By:  Briana Irizarry
     Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK

By: s/ B IRIZARRY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
October 16, 2024