Matthew C. Holohan (SBN 239040)
mholohan@quarles.com
QUARLES & BRADY LLP
8744 Kendrick Castillo Way, Suite 560
Highlands Ranch, Colorado 80129
Telephone: (303) 268-0066
Facsimile: (833) 793-0703

*Attorney for Defendant*
Sacramento Ag Products, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TESSENDERLO KERLEY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>SACRAMENTO AG PRODUCTS, LLC, a California corporation<br><br>Defendant. | Case No.: 2:24-cv-02947-CKD<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT; ORDER**<br><br>Complaint Served: October 31, 2024<br><br>Current Response Date: December 19, 2024<br><br>New Response Date: January 21, 2025 |

Pursuant to Local Rule 144(a), Plaintiff TESSENDERLO KERLEY, INC. ("TKI" or "Plaintiff") and Defendant SACRAMENTO AG PRODUCTS, LLC ("Sac Ag" or "Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The time for Defendant to answer or otherwise respond to the Complaint was previously extended by stipulation is extended up to and including January 21, 2025.

2. Plaintiff TKI filed its Complaint on October 25, 2024.

3. Defendant Sac Ag was duly served with the Complaint on October 31, 2024.

4. Defendant Sac Ag's response to the Complaint was initially due on November 21, 2024.

5. The parties previously stipulated to extend the time for Defendant Sac Ag to respond to the Complaint by 28 days to December 19, 2024.

6. The Parties have met and conferred and agree that Defendant Sac Ag may have additional time, to and including January 21, 2025, in which to evaluate the case and respond to the Complaint.

7. This is the second stipulation for a request for an extension of time to answer or otherwise respond to the Complaint submitted by the Parties.

8. This extension of time will not alter the date of any event or any deadline already fixed by Court order.

9. This stipulated-to extension of time will not prejudice the Parties.

Now therefore, it is hereby stipulated and agreed by and between the Parties, through their undersigned counsel, that Defendant shall have up to and including January 21, 2025 to answer or otherwise respond to the Complaint.

SO STIPULATED:

Dated: December 16, 2024   By: /s/ *Roya Rahmanpour* (as authorized on December 16, 2024)
Jonathan J. Boustani (SBN 274748)
Jonathan.Boustani@btlaw.com
Roya Rahmanpour (SBN 285076)
Roya.Rahmanpour@btlaw.com
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles, California 90067-2904
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

*Attorney for Plaintiff*
TESSENDERLO KERLEY, INC.

Dated: December 16, 2024   By: /s/ *Matthew C. Holohan*
Matthew C. Holohan (SBN 239040)
mholohan@quarles.com
QUARLES & BRADY LLP
8744 Kendrick Castillo Way, Suite 560
Highlands Ranch, Colorado 80129
Telephone: (303) 268-0066
Facsimile: (833) 793-0703

*Attorney for Defendant*
SACRAMENTO AG PRODUCTS, LLC

**IT IS SO ORDERED.**

Dated: December 18, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE